UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VMWARE LLC                    ,

Plaintiff(s),

v.

ALLSTATE INSURANCE COMPANY,

Defendant(s).

Case No. 3:25-cv-10687-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Laura-Kate Bernstein_____, an active member in good standing of the bar of Maryland_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Allstate Insurance Company_____ in the above-entitled action. My local co-counsel in this case is Sheri Pan_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 316136_____.

1900 M Street, NW Suite 250
Washington, DC 20036
_____
MY ADDRESS OF RECORD

369 Pine Street, Suite506
San Francisco, CA 94104
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 706-5252
_____
MY TELEPHONE # OF RECORD

(415) 590-2335
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

laura-kate@zwillgen.com
_____
MY EMAIL ADDRESS OF RECORD

sheri@zwillgen.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1212110224____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2026                                          Laura-Kate Bernstein
                                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura-Kate Bernstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    March 23, 2026

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                2

# Supreme Court of Maryland

## Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the eleventh day of December, 2012,

### *Laura Kathleen Bernstein*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twelfth day of May, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this thirteenth day of March, 2026.

_Gregory Hilton_

———————————————————
Clerk of the Supreme Court of Maryland